U.S. BANK NATIONAL ASSOCIATION, as Trustee for Adjustable Rate Mortgage Trust 2005-2, Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2005-2, Plaintiff-Appellee, v. The ESTATE OF Stuart D. EDWARDS, aka Stuart Denzil Edwards; Kelly Edwards, aka Kelly Anne Edwards, Individually, and as Trustee of the Edwards Family Trust u/d/t Dated September 19, 1996, Defendants-Appellants, and Does 1-20, inclusive, Defendants
SUMMARY DISPOSITION ORDER
Vacate. Remand.